SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Amy K. Lee, Bar No. 244542
alee@shawvalenza.com
300 Montgomery Street, Suite 788
San Francisco, California  94104
Telephone:  (415) 983-5960
Facsimile:  (415) 983-596

Attorneys for Defendant
The Jackson Laboratory

Leo F. Donahue, Esq.
Leo F. Donahue, Inc.
Donahue@lfdlaw.net
11344 Coloma Road, Suite 160
Gold River, CA  95670
Tele:  (916) 859-5999
Fax:   (916) 859-5984

Attorneys for Plaintiff Kelly Keehner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| KRISTINA Y. DAVIS, | Case No.  2:11-cv-01944-MCE-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO PERMIT LIMITED DISCOVERY BEYOND DISCOVERY DEADLINE** |
| v. | **[E.D. Cal. L. R. 137; 143]** |
| THE JACKSON LABORATORY, a Corporation of unknown origin; and DOES 1 through 100, inclusive, | Judge:   Hon. Dale A. Drozd |
|  | U.S. Magistrate Judge |
| Defendants. |  |

Plaintiff KRISTINA Y. DAVIS ("Plaintiff") and Defendant THE JACKSON LABORATORY ("Defendant"), by and between their respective attorneys of record, hereby stipulate as follows:

1.    On August 3 and 4, 2012, Defendant took the deposition of Plaintiff.  During the deposition, a dispute occurred between the parties as to a line of questioning involving alcohol and Plaintiff was instructed not to answer.

1  2.  On August 7, 2012, Defendant's attorney Amy K. Lee, Esq. sent Plaintiff's attorney Leo F. Donahue, Esq. meet and confer correspondence regarding the alcohol-related line of questioning.

3.  On August 14, 2012, Mr. Donahue wrote a response to Ms. Lee's meet and confer correspondence. On that same date, Mr. Donahue and Ms. Lee met and conferred over the telephone. During the meet and confer telephone conversation, the parties agreed that they will engage in and conclude good faith settlement discussions by August 24, 2012 and will stay the issue as to alcohol-related questioning at Plaintiff's deposition until then.

4.  The discovery cut-off in this case is September 21, 2012.

5.  The parties agree that discovery motions and Plaintiff's deposition related to any alcohol-related line of questioning will not be subject to the September 21, 2012 discovery cut-off. As to the alcohol-related issue only, the discovery deadline will remain open until the court rules on whether the alcohol-related questions are permitted at Plaintiff's deposition, and Plaintiff's deposition has concluded as to that issue only (if the court permits any questioning). All other discovery must be completed by the September 21, 2012 discovery cut-off.

SO STIPULATED:

Dated: August 16, 2012                    SHAW VALENZA LLP

                                          By: /s/Amy K. Lee
                                              D. Gregory Valenza
                                              Amy K. Lee
                                              Attorneys for Defendant
                                              THE JACKSON LABORATORY

Dated: August 16, 2012                    LEO F. DONAHUE, INC.

                                          By: /s/Leo F. Donahue
                                              Leo F. Donahue
                                              Kevin W. Harris
                                              Attorneys for Plaintiff
                                              Kelly Keehner

**ORDER**

Pursuant to the parties' Stipulation, and GOOD CAUSE APPEARING therefore:

IT IS HEREBY ORDERED that discovery motions and Plaintiff's deposition related to any alcohol-related line of questioning will not be subject to the September 21, 2012 discovery cut-off.  As to the alcohol-related issue only, the discovery deadline will remain open until the court rules on whether the alcohol-related questions are permitted at Plaintiff's deposition, and Plaintiff's deposition has concluded as to that issue only (if the court permits any questioning). All other discovery must be completed by the September 21, 2012 discovery cut-off.

IT IS SO ORDERED.

Dated:  August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE