1 | Leo F. Donahue, Esq. - SB#114484
LEO F. DONAHUE, INC.
2 | LAW OFFICES OF KEVIN W. HARRIS
11344 Coloma Road, Suite 160
3 | Gold River, California 95670
Tel: (916) 859-5999
4 | Fax: (916) 859-5984
donahue@lfdlaw.net
5
Attorney for Plaintiff,
6 | KRISTINA Y. DAVIS

7 | SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
8 | gvalenza@shawvalenza.com
Amy K. Lee, Bar No. 244542
9 | alee@shawvalenza.com
300 Montgomery Street, Suite 788
10 | San Francisco, California 94104
Telephone: (415) 983-5960
11 | Facsimile: (415) 983-5963

12 | Attorneys for Defendant
THE JACKSON LABORATORY

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| KRISTINA Y. DAVIS, | ) | CASE NO. 2:11-cv-01944-MCE-DAD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| v. | ) | |
| THE JACKSON LABORATORY, a Corporation of unknown origin; and DOES 1 through 100, inclusive, | ) | |
| Defendant. | ) | |

     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kristina Y. Davis and Defendant The Jackson Laboratory, through their attorneys of record, that the above-entitled action shall be dismissed with prejudice in its entirety pursuant to Federal

**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**         1

Rule of Civil Procedure 41.  Each party will bear her or its own costs and attorneys' fees.

DATED: September 9, 2012        LEO F. DONAHUE, INC.

/s/ Leo F. Donahue
Leo F. Donahue
Attorney for Plaintiff
KRISTINA Y. DAVIS

Dated: September 7, 2012        SHAW VALENZA LLP

/s/ Amy K. Lee
D. Gregory Valenza
Amy K. Lee
Attorneys for Defendant
THE JACKSON LABORATORY

**ORDER**

IT IS HEREBY ORDERED THAT:

The action titled *Kristina Y. Davis vs. The Jackson Laboratory*, Case No. 2:11-cv-01944-MCE-DAD is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41.  Each party will bear her or its own costs and attorneys' fees.  The Clerk is directed to close the file.

Dated: September 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**           2