1  Leo F. Donahue, Esq. - SB#114484
   LEO F. DONAHUE, INC.
2  LAW OFFICES OF KEVIN W. HARRIS
   11344 Coloma Road, Suite 160
3  Gold River, California 95670
   Tel: (916) 859-5999
4  Fax: (916) 859-5984
   donahue@lfdlaw.net
5
   Attorney for Plaintiff,
6  KRISTINA Y. DAVIS

7  SHAW VALENZA LLP
   D. Gregory Valenza, Bar No. 161250
8  gvalenza@shawvalenza.com
   Amy K. Lee, Bar No. 244542
9  alee@shawvalenza.com
   300 Montgomery Street, Suite 788
10 San Francisco, California 94104
   Telephone: (415) 983-5960
11 Facsimile: (415) 983-5963

12 Attorneys for Defendant
   THE JACKSON LABORATORY
13

14                     UNITED STATES DISTRICT COURT

15                     EASTERN DISTRICT OF CALIFORNIA

16

17 KRISTINA Y. DAVIS,              )   CASE NO. 2:11-cv-01944-MCE-DAD
                                   )
18         Plaintiff,              )   **STIPULATION AND ORDER TO**
                                   )   **DISMISS CASE WITH PREJUDICE**
19 v.                              )
                                   )
20 THE JACKSON LABORATORY, a       )
   Corporation of unknown          )
21 origin; and DOES 1 through      )
   100, inclusive,                 )
22                                 )
           Defendant.              )
23 _____ )

24

25      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

26 Kristina Y. Davis and Defendant The Jackson Laboratory, through

27 their attorneys of record, that the above-entitled action shall

28 be dismissed with prejudice in its entirety pursuant to Federal

**STIPULATION AND ORDER TO**
**DISMISS CASE WITH PREJUDICE**            1

Rule of Civil Procedure 41.  Each party will bear her or its own costs and attorneys' fees.

DATED: September 9, 2012        LEO F. DONAHUE, INC.


                                /s/ Leo F. Donahue
                                Leo F. Donahue
                                Attorney for Plaintiff
                                KRISTINA Y. DAVIS

Dated: September 7, 2012        SHAW VALENZA LLP


                                /s/ Amy K. Lee
                                D. Gregory Valenza
                                Amy K. Lee
                                Attorneys for Defendant
                                THE JACKSON LABORATORY



**ORDER**

IT IS HEREBY ORDERED THAT:

The action titled *Kristina Y. Davis vs. The Jackson Laboratory*, Case No. 2:11-cv-01944-MCE-DAD is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41.  Each party will bear her or its own costs and attorneys' fees.  The Clerk is directed to close the file.

Dated: September 10, 2012

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**             2